# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Keysha Montgomery,

                Plaintiff,                 20 **CIVIL** 3939 (SDA)

       -v-                    **JUDGMENT**

Commissioner of Social Security,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 23, 2021, Plaintiff's motion is DENIED and the Commissioner's cross-motion is GRANTED.

**Dated:** New York, New York
           June 23, 2021

                                              **RUBY J. KRAJICK**
                                              _____
                                              **Clerk of Court**
                      **BY:**    *K. Mango*
                                              _____
                                              **Deputy Clerk**